## MEMORANDUM DECISIONS.

ADAMS et al., Respondents, v. ELLWOOD, Appellant. (Supreme Court, Appellate Division, Second Department. June 14, 1901.) Action by Mary Ann Adams and Alfred D. Fohs, as executors of the last will and testament of Walter Adams, deceased, against George A. Ellwood. No opinion. Motion for leave to appeal to the court of appeals denied.

In re ALDEN. (Supreme Court, Appellate Division, Fourth Department. June 19, 1901.) In the matter of proving the will of Samuel H. Alden, deceased. No opinion. Decree of surrogate's court affirmed, with costs against the appellant personally.

AMETRANO, Appellant, v. DOWNS et al., Respondents. (Supreme Court, Appellate Division, Second Department. June 20, 1901.) Action by Elizabeth F. Ametrano, individually, etc., against Henry T. Downs and others. PER CURIAM. Order resettled as follows: Ordered and adjudged that the judgment so appealed from be, and the same hereby is, affirmed, without costs to any of the parties. Further ordered that this order be entered nunc pro tunc as of June 7, 1901, in the place and stead of the order of affirmance heretofore entered in this cause bearing date on the said day. See 70 N. Y. Supp. 833.

ANDERSON, Respondent, v. KORTRIGHT, Appellant. (Supreme Court, Appellate Division, Second Department. June 20, 1901.) Action by John A. Anderson, as receiver of John K. Powell, a judgment debtor, against Robert Kortright, impleaded, etc. No opinion. Application to resettle order (70 N. Y. Supp. 1134) denied, on the ground that the affirmance of the judgment carries with it the relief granted at the special term.

In re ARKENBURGH. (Supreme Court, Appellate Division, Second Department. June 14, 1901.) In the matter of the judicial settlement of the account of proceedings of Eliza J. Arkenburgh, as executrix, and Oliver M. Arkenburgh, as executor, etc., of Robert H. Arkenburgh, deceased. PER CURIAM. Motion to dismiss appeal and affirm the decree appealed from denied. Motion to vacate order of reference of April 30, 1901, denied, and order amended and resettled, so as to limit the functions of the referee to the taking of further testimony and documentary evidence, in accordance with opinion rendered on appeal, and report to this court.

In re ARKENBURGH. (Supreme Court, Appellate Division, First Department. June 21, 1901.) In the matter of R. H. Arkenburgh, deceased. No opinion. Motion denied.

ASHLEY, Respondent, v. ASHLEY, Appellant. (Supreme Court, Appellate Division, Second Department. June 20, 1901.) Action by William D. Ashley against Dexter D. Ashley. No opinion. Motion for leave to appeal to the court of appeals denied.

BAGNELL et al., Respondents, v. WAHLE et al., Appellants. (Supreme Court, Appellate Division, First Department. June 7, 1901.) Action by William H. Bagnell and others against William Wahle and others. H. S. Shook, for appellants. E. Mitchell, for respondents. No opinion. Judgment affirmed, with costs.

BANK OF MONONGAHELA VALLEY, Appellant, v. WESTON, Respondent. (Supreme Court, Appellate Division, Fourth Department. June 11, 1901.) Action by the Bank of Monongahela Valley against Charles Weston, as executor, etc., impleaded, etc. No opinion. Judgment and order affirmed, with costs, on authority of same case as reported in 159 N. Y. 201, 54 N. E. 40.

BARR, Respondent, v. MacGREGOR et al., Appellants. (Supreme Court, Appellate Division, First Department. June 7, 1901.) Action by John C. Barr against George MacGregor and others. R. M. Robinson, for appellants. P. Merrill, for respondent. No opinion. Judgment affirmed, with costs.

BATES, Respondent, v. LUDWIG, Appellant. (Supreme Court, Appellate Division, First Department. June 7, 1901.) Action by Mary T. Bates against Bernard J. Ludwig. S. H. Guggenheimer, for appellant. H. Nathan, for respondent. No opinion. Judgment and order affirmed, with costs, on the authority of Howard v. Ludwig, 57 App. Div. 94, 67 N. Y. Supp. 1095.
O'BRIEN and INGRAHAM, JJ., dissent.

BAUER, Respondent, v. PRESIDENT, ETC., OF VILLAGE OF SING SING, Appellants. (Supreme Court, Appellate Division, Second Department. July 25, 1901.) Action by Minnie W. Bauer against the president and trustees of the village of Sing Sing. No opinion. Judgment and order unanimously affirmed, with costs.

BAYLIS v. BULLOCK ELECTRIC MFG. CO. (Supreme Court, Appellate Division, First Department. June 7, 1901.) Action by Robert N. Baylis against the Bullock Electric Manufacturing Company. No opinion. Motion denied, with $10 costs.